**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30907
Summary Calendar
_____

DANIEL C. JENKINS,

Plaintiff-Appellant,

versus

CLECO CORP.; ET AL,

Defendants,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1407
--------------------

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

    This court must examine the basis of its jurisdiction on
its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660
(5th Cir. 1987). In the instant lawsuit, Daniel C. Jenkins filed
a notice of appeal from the district court's order granting
summary judgment in favor of Liberty Life Assurance Company of
Boston ("Liberty Life"), dismissing Jenkins' claims against

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Liberty Life regarding its denial of long-term disability benefits with prejudice. Jenkins' claims of disability discrimination against CLECO Corporation remain to be adjudicated.

When an action involves multiple parties or multiple claims, any decision that adjudicates the liability of fewer than all the parties or disposes of fewer than all the claims does not terminate the litigation and is therefore not appealable unless certified by the district court under FED. R. CIV. P. 54(b). See Thompson v. Betts, 754 F.2d 1243, 1245 (5th Cir. 1985); Borne v. A & P Boat Rentals No. 4, Inc., 755 F.2d 1131, 1133 (5th Cir. 1985). The district court has not certified the order for appeal. Accordingly, this court is without jurisdiction.

APPEAL DISMISSED.